UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| Michael Bunnell ) | CASE NO. 19-81863-CRJ-13 |
| Jennifer Bunnell ) | |
| SSN: XXX-XX-6524 ) | |
|      XXX-XX-5075 ) | CHAPTER 13 |
|      DEBTORS ) | |

TRUSTEE'S RESPONSE TO DEBTORS'
MOTION TO DISTRIBUTE EXCESS FUNDS

    COMES NOW, Michele T. Hatcher, the Chapter 13 Trustee in the above styled case, and requests to be heard on the Debtors' Motion to Distribute Excess Funds, filed on September 19, 2019. As grounds therefore the Trustee would show unto this Court as follows:

1. The Trustee requests the matter be set for a hearing in order for the Trustee to review and make a recommendation to the Court.

WHEREFORE, The Trustee requests the matter be set for a hearing.

RESPECTFULLY SUBMITTED, this 20th day of September, 2019.

                                                  /s/ Michele T. Hatcher
                                                Michele T. Hatcher
                                                Chapter 13 Trustee
                                                P.O. Box 2388
                                                Decatur, AL 35602
                                                (256) 350-0442

CERTIFICATE OF SERVICE

I hereby certify that on September 20 2019, I have served a copy or the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Michael and Jennifer Bunnell
2805 County Road 214
Hillsboro, AL. 35643

Bond Botes Sykstus Tanner & Ezell
Debtors' Attorney
225 Pratt Avenue
Huntsville, AL. 35801
(Served electronically)

/s/ Michele T. Hatcher
Trustee

3-25-2015